# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNDEFEATED, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNDEFEATED.LIFE, LLC; and DOES 1 to 10, inclusive; <br><br> Defendants. | Case No.: 2:21-cv-01691-JCM-EJY <br><br> **ORDER GRANTING PLAINTIFF UNDEFEATED, INC.'S MOTION FOR EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATION** |

GOOD CAUSE APPEARING, It is hereby ordered as follows:

Plaintiff's counsel, Jayson M. Lorenzo, shall have until October 12, 2021 to file his verified pro hac vice application.

**IT IS SO ORDERED.**

Dated: October 1, 2021                                                       _____

                                                                                              United States District Court Judge

ORDER GRANTING PLAINTIFF UNDEFEATED, INC.'S MOTION FOR EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATION

1