Will Lemkul, Esq.
NV BAR NO.: 6715
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 420
Las Vegas, NV 89169
Phone: (702) 405-8100
Fax: (702) 405-8101
lemkul@morrissullivanlaw.com

Jayson M. Lorenzo, Esq.
J. LORENZO LAW
2292 Faraday Ave, Suite 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax. (760) 520-7900
jayson@jlorenzolaw.com
* *Admitted Pro Hac Vice*
*Attorneys for Plaintiff,*
*UNDEFEATED, INC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNDEFEATED, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> UNDEFEATED.LIFE, LLC; and DOES 1 to 10, inclusive; <br><br> Defendants, | Case No.: 2:21-cv-01691-JCM-EJY <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to this court's order granting Plaintiff's motion for entry of default judgment (ECF No. 17)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Plaintiff UNDEFEATED, INC. and against Defendant UNDEFEATED.LIFE, LLC in the amount of $5,000.00 in statutory damages under 15 U.S.C. § 1117(c);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant UNDEFEATED.LIFE, LLC is permanently enjoined from (1) using the UNDEFEATED.LIFE mark; (2) using Plaintiff's UNDEFEATED trademark or any colorable imitation thereof; and (3) using any trademark containing UNDEFEATED;

Defendant UNDEFEATED.LIFE, LLC is further ordered to deliver up for destruction all containers, labels, signs, prints, packages, wrappers, receptacles, advertising, promotional material or the like in possession, custody or under the control of Defendant bearing UNDEFEATED to Plaintiff;

Dated: September 18, 2023

_____
United States District Judge

FINAL JUDGMENT AND PERMANENT INUNCTION